DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SOPHIA ROSES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOPHIA ROSES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.  2:12-CR-00333 MCE <br>        2:12-CR-00331 MCE <br><br> **PETITION REQUESTING DISCLOSURE OF PROBATION RECORDS;  ORDER** <br><br> Judge:   Hon. Morrison C. England <br> Date:     November 14, 2012 |

Ms. Roses is scheduled to appear before the court for arraignment on the petition to revoke her supervised release on today's date at 2:00 p.m. before the Honorable Dale A. Drozd.

Pursuant to Local Rule 461 of the Eastern District of California, Ms.Roses hereby requests that the Court order the United States Probation Office for the Eastern District of California to disclose a copy of the pre-sentence reports prepared in the Northern District of California in case number 3:09-CR-0148 JSW and in the Northern District of Texas in case number 3:04-CR-0380-2 or in the alternative make the original records available, to her counsel, Courtney Fein, Assistant Federal Defender.

1     Local Rule 461 authorizes the Court to order the release of otherwise-confidential probation records upon a showing by any party of "the need for specific records."

    Defense counsel's need for these specific records is due to the fact that they will provide her with the procedural history and factual bases of the cases underlying Ms. Roses' terms of supervision. Without such information, counsel will be unable to provide effective assistance to Ms. Roses having been left ignorant of the circumstances which gave rise to her current situation.

    Ms. Roses is alleged to have violated supervision in one important respect: that she was convicted of possession of methamphetamine. Information in the form of Ms. Roses' previous history of drug abuse and treatment if any, her mental health history and diagnoses if any and her history and characteristics is in the possession of the United States Probation Office in the form of the pre-sentence reports being requested. Defense counsel must be allowed to examine these reports in full and obtain copies of them in order to effectively represent Ms. Roses at any future hearings regarding the petition.

    A proposed order is attached for the Court's convenience. Defense counsel does not necessarily require a hard copy of the records; counsel would be grateful for an electronic copy.

Respectfully submitted,

DANIEL J. BRODERICK  
Federal Defender

Dated: November 14, 2012      /s/ Courtney Fein  
COURTNEY FEIN  
Assistant Federal Defender  
Attorney for SOPHIA ROSES

# **O R D E R**

The United States Probation Office for the Eastern District of California is hereby ordered to provide to defendant copies of the pre-sentence reports prepared in the Northern District of California in case number 3:09-CR-0148 JSW and in the Northern District of Texas in case number 3:04-CR-0380-2, in writing or electronically.

IT IS SO ORDERED.

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE