IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:12-cr-0331 MCE |
|---|---|---|
| | ) | Case №:2:12-cr-0333 MCE |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| SOPHIA M. ROSES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    The defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel.

    OFFENSE:  18 USC § 3583(e)(3)

    CJA Panel attorney Erin Radekin is hereby appointed effective November 7, 2014, the date the client first appeared in the Fresno court on this supervised release violation.

    APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED FINANCIAL AFFIDAVIT SUPPORTING APPOINTMENT.

    IT IS SO ORDERED.

DATED: November 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT