1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SOPHIA ROSES

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )      2:12-cr-00331-MCE
                                      )      2:12-cr-00333-MCE
11                     Plaintiff,     )
                                      )      STIPULATION AND ORDER
12 v.                                 )      TO CONTINUE ADMIT/DENY HEARING
                                      )
13                                    )
   SOPHIA ROSES,                      )
14                                    )
                       Defendant.     )
15 _____    )

16
                              **STIPULATION**
17
        Plaintiff, United States of America, by and through its counsel,
18
   Assistant United States Attorney Christiaan Highsmith, and defendant, Sophia
19
   Roses, by and through her counsel, Erin J. Radekin, agree and stipulate to
20
   vacate the date set for admit/deny hearing, February 19, 2015 at 9:00 a.m.,
21
   in the above-captioned matter, and to continue the admit/deny hearing to
22
   March 26, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C.
23
   England, Jr.
24
        The reason for this request is that Ms. Radekin needs additional time
25
   to complete investigation that may produce evidence for use as mitigation at
26
   sentencing or in negotiations.  The Court is advised that Mr. Highsmith
27

28

                        Stipulation and Order - 1

1   concurs with this request and has authorized Ms. Radekin to sign this

2   stipulation on his behalf.

3        Accordingly, the parties respectfully request the Court adopt this

4   proposed stipulation.

5   IT IS SO STIPULATED.

6   Dated: February 6, 2015                    BENJAMIN WAGNER
                                               United States Attorney
7
                                       By:    /s/ Christiaan Highsmith
8                                             Christiaan Highsmith
                                              Assistant United States Attorney
9

10  Dated: February 6, 2015                    /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
11                                            Attorney for Defendant
                                              SOPHIA ROSES
12

13
                                        ORDER
14
        For the reasons set forth in the accompanying stipulation and
15
    declaration of counsel, the admit/deny hearing date of February 19, 2015 is
16
    VACATED and the above-captioned matter is set for admit/deny hearing on March
17
    26, 2015 at 9:00 a.m.
18
        IT IS SO ORDERED.
19
    Dated:  February 11, 2015
20

21

22   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
23   UNITED STATES DISTRICT COURT

24

25

26

27

28